# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138977(17)

DANIEL FRANK,
      Petitioner-Appellant,

v

STATE EMPLOYEES RETIREMENT SYSTEM,
      Respondent-Appellee.

SC: 138977
COA: 289961
Marquette CC: 08-045651-AA

_____/

      On order of the Court, the motion for reconsideration of this Court's January 27, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

d0322